LEON COOPER *v.* BOARD OF TAX REVIEW OF THE TOWN OF FAIRFIELD
(13984)

LANDAU, HEIMAN and SCHALLER, Js.

Submitted on briefs February 17—decision released April 4, 1995

*Leon Cooper,* pro se, the appellant (plaintiff), filed a brief.

*James E. Rice* and *Linda R. Pesce* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.